UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 16-00748 JVS (GJSx)                    Date   September 29, 2016

Title   The Heavy Hitter Group, Inc. V. CJJ Products and Investments, LLC

Present: The
Honorable          James V. Selna

Karla J. Tunis                                      Not Present

Deputy Clerk                                        Court Reporter

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                         Not Present

**Proceedings:**   (In Chambers)  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
PROSECUTION and ORDER VACATING SCHEDULING CONFERENCE


The Court ORDERS plaintiff(s), to Show Cause (OSC)  in writing no later than
**October 13, 2016** why this action should not be dismissed for lack of prosecution as to the
defendants.  As an alternative to a written response by plaintiff(s), the Court will consider
the filing of one of the following, as an appropriate response to this OSC, on or before the
above date:

   **X   Plaintiff's filing of a motion/application for entry of default judgment as to defendant.**

Absent a showing of good cause, an action shall be dismissed if the summons and
complaint have not been served upon all defendants within 90 days after the filing of the
complaint.  Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of
such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the
action diligently, including filing proofs of service and stipulations extending time under
Rule 55 remedies promptly upon default of any defendant.  All stipulations affecting the
progress of the case must be approved by the Court.  Local Rule 7-1

The Court ORDERS the Scheduling Conference set for October 3, 2016 at 10:30 a.m.
VACATED to be reset upon resolution of the OSC if necessary.

Initials of Preparer   kjt